JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIE M. JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNUM LIFE INSURANCE COMPANY ) <br> OF AMERICA, et al ) <br> ) <br> Defendants. ) <br> _____ ) | **CASE NO. 8:14-cv-00474 GHK (RNBx)** <br><br> **ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **THIRTY (30) DAYS**, to reopen the action if settlement is not consummated.

DATED: 9/30/15

_____
GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE